519 Milford Street, LLC, Respondent,
against
Josephine Banks, Appellant, Dorran Floyd and Joeda Floyd, Tenants. 




Josephine Banks, appellant pro se.
Gelfand Law Firm, LLP (Jacob N. Gelfand of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Zhuo Wang, J.), dated August 9, 2018. The order denied a motion by tenant Josephine Banks to vacate a stipulation of settlement, and, in effect, the final judgment entered pursuant thereto on February 15, 2018 in a nonpayment summary proceeding.




ORDERED that the order is affirmed, without costs.
In this nonpayment proceeding, Josephine Banks (tenant) and landlord entered into a so-ordered stipulation of settlement dated February 14, 2018 in which it was agreed, among other things, that landlord would waive rent/use and occupancy payments if all tenants and occupants of the subject apartment vacated by June 30, 2018. A final judgment was entered on February 15, 2018, pursuant to the stipulation, awarding possession to landlord. In July 2018, tenant moved to vacate the stipulation and, in effect, the final judgment on the ground that a judgment of foreclosure and sale had been entered on May 8, 2018 with respect to the building in which the subject apartment is situated. The Civil Court denied the motion, and tenant appeals.
Tenant has not identified any basis for reversal of the order. Furthermore, the Civil Court properly determined that landlord has standing to enforce the final judgment of possession until the transfer of the deed pursuant to a foreclosure sale (see Metropolitan Life Ins. Co. v Childs Co.,230 NY 285 [1921]; Dulberg v Ebenhart, 68 AD2d 323 [1979]; Mason v Lenderoth,88 App Div 38 [1903]; Minicozzi v Heffernan, 59 Misc 3d 133[A], 2018 NY Slip Op 50483[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2018]), and there is no evidence in the record that such a sale has taken place.
Accordingly, the order is affirmed. 
WESTON, J.P., ALIOTTA and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 31, 2020